# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTELOPE VALLEY ALLIED ARTS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LANCASTER REDEVELOPMENT AGENCY; CITY OF LANCASTER, et al. <br><br> Defendants. | NO. CV 10-10039 DSF (FMOx) <br><br> **ORDER TO SHOW CAUSE** |

Pursuant to the Court's Order of October 28, 2011, counsel for the parties were required to appear for a discovery status conference on November 9, 2011, at 10:00 a.m., in Courtroom F of the Spring Street Courthouse. Plaintiffs' counsel did not appear for the status conference. Accordingly, IT IS HEREBY ORDERED as follows:

1. If defense counsel wishes to seek reimbursement for the attorney's fees and costs expended in preparing for and attending the status conference, counsel shall file a declaration(s) setting forth defendants' fees and costs no later than **November 15, 2011**.

2. Plaintiffs and plaintiffs' counsel shall, no later than **November 21, 2011,** show cause, if any there be, why sanctions should not be imposed against plaintiffs' counsel for failure to comply with the Court's Order of October 28, 2011. **Plaintiffs' counsel shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury. In particular,**

**plaintiffs' counsel's declaration must address why he did not show up for the scheduled status conference. In addition, plaintiffs' response to the OSC must address the reasonableness of the fees and costs sought by defense counsel. Failure to timely file such a declaration or to show cause as ordered will result in sanctions being imposed against plaintiffs' counsel and/or plaintiffs.**

Dated this 10th day of November, 2011.

/s/
Fernando M. Olguin
United States Magistrate Judge