UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-10039 DSF (FMOx) | Date | 2/6/12 |
|---|---|---|---|
| Title | Antelope Valley Allied Arts Association, et al. v. Lancaster Redevelopment Agency, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Mark Schweitzer |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Olaf Lansgaard | David Palmer |

**Proceedings:**   MOTION FOR ATTORNEY'S FEES

The matter is called and counsel state their appearances. The Court hears oral argument as set forth on the record. The motion is granted as to Antelope Valley Allied Arts Association. Counsel for defendant is to file a notice of intention by February 21, 2012 if further briefing will be filed as set forth on the record. If defendant elects to file the additional briefing, the briefing will be due two weeks from that date. Counsel for plaintiff will then have two weeks to reply and the matter will be under submission.